**1** Philip R. Weltin, Esq. (State Bar No. 46141)
WELTIN LAW OFFICE, P.C.
**2** 1432 Martin Luther King Jr. Way
Oakland, California 94612
**3** Telephone (510) 251-6060
Facsimile   (510) 251-6040
**4**

**5** Attorneys for Plaintiff
Leonard Paul Telegdy

**FILED**

SEP - 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**6**

**7**                     UNITED STATES DISTRICT COURT

**8**                     NORTHERN DISTRICT OF CALIFORNIA

**9**

**10** LEONARD PAUL TELEGDY,                 | Case No. C03-4034 MHP

**11**                     Plaintiff,         | **ORDER CONTINUING TRIAL DATE AND
                                             | SETTING PRETRIAL DATES**
**12**         v.

**13** AMERICAN OVERSEAS MARINE

**14** CORP.,

**15**                     Defendant.

**16**

**17**         The parties, through their respective counsel, have stipulated to an order continuing

**18** the trial in this matter. Good cause appearing, it is ordered that the current trial date of

**19** November 1, 2005 is vacated and the trial date is reset. Based on the stipulations of the

**20** parties, the following dates are set: *Disclosure of lead parties*

**21** *non-expert witness to be called in any - in Chief*

                        Non-expert discovery cutoff:              February 2, 2006    *December 20, 2005*

**22**

**23**         Plaintiff's disclosure of experts and experts' reports:     February 17, 2006

**24**         Last day for hearing dispositive motions:                   February 17, 2006

**25**

**26**         Defendant's disclosure of experts and experts' reports:   January 6, 2006

**27**

**28**                                                     1

Order Continuing Trial Date and Setting Pretrial Dates
Case No. C03-4034 MHP

1

2   All parties' disclosure of rebuttal experts and reports:   March 6, 2006

3   Expert discovery and deposition cutoff:   March 21, 2006

4   Pretrial conference 2:30 p.m., Ctrm 15:   April 4, 2006

5                                                        April 18, 2006 @ 8:30 AM

    Trial

6

7

8   Dated: 8/31/05

9                                                        _____
                                                         Judge Marilyn H. Patel
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                            2