Philip R. Weltin, Esq. SBN 46141
WELTIN LAW OFFICE, P.C.
1432 Martin Luther King Jr. Way
Oakland, California 94612
Telephone (510) 251-6060
Facsimile   (510) 251-6040

Attorneys for Plaintiff
Leonard Paul Telegdy

FILED

SEP 2 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD PAUL TELEGDY,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No. C03-4034 MHP<br><br>**CORRECTED STIPULATION TO CONTINUE TRIAL DATE AND PRETRIAL CONFERENCE AND (~~PROPOSED~~) ORDER THEREON** |

The parties hereby stipulate to correct the following deadlines set forth in the Stipulation to Continue Trial Date and Pretrial Conference. The last day for Plaintiff's disclosure of experts and experts' reports shall be January 6, 2006 and the last day for Defendant's disclosure of experts and experts' reports shall be February 17, 2006.

Dated: September 20, 2005                                   Weltin Law Office, P.C.


                                                            /s/
                                                            ———————————
                                                            Brian E. Kerss
                                                            Attorneys for Plaintiff

---
1
Corrected Stipulation to Continue Trial Date and Pretrial Conference
Case No. C03-4034 MHP

E-filing

Dated: September 20, 2005                                         U.S. Department of Justice

                                                                  /s/
                                                                  Jeanne Franken
                                                                  Attorneys for Defendant

    I hereby attest that I have on file all holograph signatures for any signature indicated by a conformed signature (/S/) within this e-filed document.

                                                                  /s/
                                                                  Brian E. Kerss

    IT IS SO ORDERED this 27th day of September, 2005 in San Francisco, California.

                                                                  _____
                                                                  The Honorable Marilyn Hall Patel
                                                                  Judge of the U.S. District Court

Corrected Stipulation to Continue Trial Date and Pretrial Conference
Case No. C03-4034 MHP

2