PETER D. KEISLER
Assistant Attorney General
KEVIN V. RYAN
United States Attorney
R. MIKE UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 36028
450 Golden Gate Avenue, Room 7-5395
San Francisco, California 94102-3463
Telephone: (415) 436-6644
Facsimile: (415) 436-6632
E-mail: jeanne.franken@usdoj.gov

Attorneys for Defendant
 and Counterclaimant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEONARD PAUL TELEGDY, | ) Civil No. C 03-4034 MHP(ARB) |
| Plaintiff, | ) IN ADMIRALTY |
| v. | ) |
| UNITED STATES OF AMERICA, | ) STIPULATED ORDER |
| | ) CONTINUING PRETRIAL AND |
| Defendant. | ) TRIAL DATES, AND REQUESTING |
| | ) SETTLEMENT CONFERENCE |

STIPULATED ORDER CONTINUING
PRETRIAL AND TRIAL DATES,
AND REQUESTING SETTLEMENT CONFERENCE          1          Civil No. C 03-4034 MHP(ARB)

The parties hereto, through the undersigned consents of their counsel of record, do hereby agree to and respectfully request a two month extension in all presently scheduled dates, including the trial date, to permit the conclusion of necessary expert discovery which may narrow the issues for trial, and to allow the scheduling of a settlement conference with a Magistrate Judge. Fact discovery will conclude, as previously ordered, with the exception that the vessel inspection will occur by agreement in mid-February overseas. Further time for the disclosure of expert reports and the conclusion of expert depositions is required following the ship inspection. The parties feel a settlement conference before a Magistrate Judge, preferably Magistrate Judge Maria-Elena James, could be productive at this stage of the proceedings, and hereby request such a referral. The parties propose the following schedule:

1. Plaintiff's disclosure of all expert witnesses and reports by March 10, 2006;

2. Defendant's disclosure of all expert witnesses and reports by April 7, 2006;

3. All dispositive motions to be heard by April 7, 2006;

4. Expert rebuttal reports, if any, by May 5, 2006;

5. All expert discovery to be concluded by June 2, 2006;

6. A pretrial conference, at a time to be set by the Court, on June 27, 2006; and

7. Court Trial to commence on July 11, 2006.

The parties believe the requested extension will permit them to explore the possibility

//

of settlement, and reasonably conclude their final preparation of the case for trial, if necessary.

IT IS SO AGREED.

Dated: 2/3/06

PETER D. KEISLER
Assistant Attorney General
KEVIN V. RYAN
United States Attorney
R. MIKE UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division

_____
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendant
and Counterclaimant
United States of America

Dated: 2/3/06

_____
PHILIP R. WELTIN

Attorney for Plaintiff
Leonard Paul Telegdy

IT IS SO ORDERED this 15 day of February, 2006 in San Francisco, California.

DENIED
Judge Marilyn H. Patel

_____
UNITED STATES DISTRICT COURT JUDGE

STIPULATED ORDER CONTINUING
PRETRIAL AND TRIAL DATES
AND REQUESTING SETTLEMENT CONFERENCE    3    CASE No. C 03-4034 MHP(ARB)