PETER D. KEISLER
Assistant Attorney General
KEVIN V. RYAN
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 36028, 450 Golden Gate Avenue
San Francisco, CA  94102-3463
Telephone: (415) 436-6644
Facsimile: (415) 436-6632
E-mail: jeanne.franken@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD PAUL TELEGDY, | ) Civil No. C 03-4034 MHP(ARB) |
| Plaintiff, | ) IN ADMIRALTY |
| v. | ) |
| UNITED STATES OF AMERICA, | ) STIPULATED ORDER OF |
| Defendant. | ) <u>CONTINGENT DISMISSAL</u> |
| _____ | ) |

     This Court, having been informed that counsel for plaintiff, Leonard Paul Telegdy, and defendant, United States of America, have agreed to recommend an offer of settlement to their respective clients, which, if accepted, will result in a full and final settlement of all claims herein, it is hereby

     ORDERED that plaintiff's complaint and action, and all claims herein, be dismissed, without costs and without prejudice to the right of entry of a consent judgment

1  thereon or, upon good cause shown, within ninety (90) days to have this Order of
2  Dismissal set aside and the action and claims reinstated if the recommended settlement is
3  not approved by all parties.
4       IT IS SO ORDERED this  6th   day of   April          2006, in San Francisco,
5  California.

       *[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]*

                                    _____
                                    UNITED STATES DISTRICT JUDGE

10  IT IS SO STIPULATED:

11  Dated: April   6  , 2006               PETER D. KEISLER
12                                         Assistant Attorney General
                                           KEVIN V. RYAN
13                                         United States Attorney
14                                         R. MICHAEL UNDERHILL
                                           Attorney in Charge, West Coast Office
15                                         Torts Branch, Civil Division

16                                         s/Jeanne M. Franken
17                                         _____
18                                         JEANNE M. FRANKEN
                                           Trial Attorney
19                                         Torts Branch, Civil Division
                                           U.S. Department of Justice
20
21                                         Attorney for Defendant
                                           United States of America
22
23  Dated: April   5  , 2006               Weltin Law Office, P.C

24                                         s/Philip R. Weltin
25                                         _____
                                           PHILIP R. WELTIN
26
27                                         Attorneys for Plaintiff
                                           Leonard Paul Telegdy
28

STIPULATED ORDER OF DISMISSAL          2          CASE NO. C 03-4034 MHP(ARB)